**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

CHANDRA LYONS,                                                                                           PLAINTIFF
ADC #704518

v.                                              No. 1:15CV00055-JLH-JTK

STATE OF ARKANSAS, et al.                                                                    DEFENDANTS

### ORDER

Plaintiff Chandra Lyons has not responded to the Court's April 30, 2015 Order directing her to pay the $400.00 filing fee or file a motion to proceed *in forma pauperis* within thirty days. Document #2. Therefore, pursuant to Local Rule 5.5(c)(2), her complaint is DISMISSED without prejudice for failure to prosecute.[1]

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 9th day of June, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:
> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .